## 942 CASES REPORTED WITH BRIEF SYLLABI.

Magdalena Fronckowiak and Others, Appellants, v. John Platek and Scholastyka Platek, Respondents.— Judgment affirmed, with costs. All concurred.

John A. Rugg, Respondent, v. John Heimlich, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Destruction of Useless Papers in the Office of the County Clerk of Oneida County.— Report of referee confirmed in so far as it holds that the papers contained in the eighty-six sacks are useless, but said eighty-six sacks of useless papers are ordered to be stored by the county clerk in a suitable place in the Oneida County Court House and not destroyed until the further order of the court.

The People of the State of New York, Respondent, v. Charles Tracy, Appellant.— Appeal dismissed upon stipulation filed.

Giovanni Banchetti, as Administrator, etc., of Pietro Amato, Deceased, Appellant, v. C. K. Williams Company, Respondent.— Motion granted and appeal dismissed, with costs.

Wallace W. Keat, as Administrator, etc., Respondent, v. Grand Trunk Railway Company, Appellant.—Appeal dismissed, without costs, upon stipulation filed.

Erie Iron and Steel Company, Appellant, v. Empire Smelting Company and One, Respondents.—Appeal dismissed, without costs, upon stipulation filed.

Nelson O. Tiffany, Jr., and Another, Respondents, v. Buffalo Harbor Land Company, Appellant.—Motion granted and appeal dismissed, with costs.

Giovanni Banchetti, as Administrator, etc., of Matteo Mandica, Deceased, Respondent, v. Lake Shore and Michigan Southern Railway Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

James Kirkland, Appellant, v. James Hughes and Others, Respondents. — Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Richard Radley, Respondent, v. McKenzie Furnace Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

Edward McCarty, Respondent, v. Arthur S. Light, Appellant.— Motion for leave to appeal to Court of Appeals granted. Settle order before Mr. Justice Foote on two days' notice.

Josephine Foryciarsz, as Administratrix, etc., Respondent, v. American Gypsum Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Eastman Kodak Company, Respondent, v. Maurice Gottlieb Gennert, and Others, Appellants, Impleaded with Dake Drug Company.— Judgment modified as to the appealing defendants by eliminating therefrom the provision "And from putting out, selling, distributing, giving away or offering for sale as ' Kodak Acid Fixing Powder,' any acid fixing powder other than that put upon the market by the plaintiff, Eastman Kodak Company, in plaintiff's cartons," and as thus modified affirmed, without